IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NATIONAL COMMISSION FOR THE CERTIFICATION OF CRANE OPERATORS, INC., <br>     Plaintiff, <br><br> v. <br><br> NATIONWIDE EQUIPMENT TRAINING, LLC and DONALD CHILDERS, <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 1:20-00483-TFM-N <br> ) <br> ) <br> ) <br> ) <br> ) |

## REPORT AND RECOMMENDATION

This civil action is before the undersigned *sua sponte*.[1] The Court previously ordered *pro se* Defendant Donald Childers ("Childers") to re-file his answer with a signature as required by Federal Rule of Civil Procedure 11(a). (Doc. 50, PageID.1830). The Court directed Mr. Childers to file an amended answer by March 3, 2021 and warned that the Court would be required to strike the pleading if he did not correct the omission. (Doc. 50, PageID.1830). Childers has not filed an amended answer to date, nor has he requested more time to do so. Federal Rule of Civil Procedure 11(a) mandates that "[t]he court must strike an unsigned paper unless the omission is promptly corrected after being called to the attorney's or party's attention." Childers did not properly sign his answer (*see* Doc. 42, PageID.571) and he did not promptly correct the omission after it was called to his attention.

---

[1] The undersigned Magistrate Judge has authority to "[s]upervis[e] and determin[e] all pretrial proceedings . . . in civil cases" and to "make reports and recommendations" to the District Judge on dispositive matters. S.D. Ala. GenLR 72(a)(2)(S).

Accordingly, the undersigned **RECOMMENDS** that Childers's answer to the first amended complaint (Doc. 42) be **STRICKEN** for failure to comply with Federal Rule of Civil Procedure 11(a). Further, Plaintiff's motion to strike Childers's answer (Doc. 61) should be **DENIED** as **MOOT**.

**DONE** this the 10th day of March 2021.

<u>/s/ Katherine P. Nelson</u><br>
**KATHERINE P. NELSON**<br>
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE OF RIGHT TO FILE OBJECTIONS

A copy of this report and recommendation shall be served on all parties in the manner provided by law. Any party who objects to this recommendation or anything in it must, within fourteen (14) days of the date of service of this document, file specific written objections with the Clerk of this Court. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); S.D. Ala. GenLR 72(c). The parties should note that under Eleventh Circuit Rule 3-1, "[a] party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions if the party was informed of the time period for objecting and the consequences on appeal for failing to object. In the absence of a proper objection, however, the court may review on appeal for plain error if necessary in the interests of justice." 11th Cir. R. 3-1. In order to be specific, an objection must identify the specific finding or recommendation to which objection is made, state the basis for the objection, and specify the place in the Magistrate Judge's report and recommendation where the disputed determination is found. An objection that merely incorporates by reference or refers to the briefing before the Magistrate Judge is not specific.