IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| NATIONAL COMMISSION FOR THE CERTIFICATION OF CRANE OPERATORS, INC., | : : : : | |
| Plaintiff, | : : | |
| vs. | : : | CIVIL ACTION NO. 1:20-cv-483-TFM-M |
| NATIONWIDE EQUIPMENT TRAINING, LLC, *et al.*, | : : : | |
| Defendants. | : : | |

## ORDER

On March 11, 2021, the Magistrate Judge entered a report and recommendation that recommends Defendant Donald Childers's answer to the first amended complaint be stricken for his failure to comply with Fed. R. Civ. P. 11(a) and Plaintiff National Commission for the Certification of Crane Operators, Inc.'s ("NCCCO"), Motion to Strike Donald Childers' Answer to Amended Complaint be denied as moot.  *See* Doc. 62.  No objections were filed.

Therefore, after due and proper consideration of all portions of this file deemed relevant to the issues raised, the Report and Recommendation of the Magistrate Judge is **ADOPTED**. Accordingly, it is **ORDERED** as follows:

(1)  Defendant Childers's answer to the first amended complaint (Doc. 42) is **STRICKEN** and

(2)  NCCCO's Motion to Strike Donald Childers' Answer to Amended Complaint (Doc. 61) is **DENIED as MOOT**.

**DONE** and **ORDERED** this 5th day of April 2021.

                                                  s/Terry F. Moorer
                                                TERRY F. MOORER
                                                UNITED STATES DISTRICT JUDGE