**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| NATIONAL COMMISSION FOR THE CERTIFICATION OF CRANE OPERATORS, INC., | : : : : | |
| Plaintiff, | : : | |
| vs. | : : | CIVIL ACTION NO. 1:20-cv-483-TFM-N |
| NATIONWIDE EQUIPMENT TRAINING, LLC, *et al.*, | : : : | |
| Defendants. | : : | |

**PERMANENT INJUNCTION AND JUDGMENT**

In accordance with the Memorandum Opinions and Orders previously entered (Doc. 98, filed December 13, 2021; Doc. 110, filed October 14, 2022), it is hereby **ORDERED**, **ADJUDGED**, and **DECREED**:

(1) Defendants Nationwide Equipment Training, LLC, and Donald Childers are hereby **PERMANENTLY ENJOINED** from the following actions:

   (a) reproducing or distributing any examination content from National Commission for the Certification of Crane Operators, Inc. ("NCCCO"), secure examinations that are registered with the U.S. Copyright Office ("Copyrighted Works"), or any derivative work, or participating or assisting in any such activity;

   (b) advertising, marketing, offering, selling, licensing, leasing, or otherwise transferring displaying, or advertising the Copyrighted Works, or any derivative work, online or otherwise, or participating or assisting in any such activity;

   (c) displaying, teaching from, or otherwise using the Copyrighted Works, or any derivative

works, to train, teach, prepare, or otherwise assist any candidate who seeks certification through any NCCCO certification program;

(d) marketing, offering, selling, or advertising any products or services that use the acronyms "NCCCO" or "CCO," or the name "National Commission for the Certification of Crane Operators," or participating or assisting in any such activity;

(e) reproducing, distributing, offering, selling, displaying, or otherwise using any practice examination, practice test, or training materials that are in the possession of Nationwide or Childers at any time, or participating or assisting in any such activity;

(f) disposing of any practice examination, practice test, or training materials that are in the possession of Nationwide or Childers at any time, or participating or assisting in any such activity;

(g) training, teaching, preparing, or otherwise assisting any candidate seeking certification through any NCCCO certification program, through an in-person class or otherwise, or participating or assisting in any such activity;

(h) applying, sitting for, or otherwise taking any written or practical examination for Childers's individual certification through any NCCCO certification program;

(i) coming within 1,000 feet of any NCCCO written or practical exam administration at any time; and

(j) initiating any communication, verbal or written, with any candidates, certificants, or exam administrators (including chief examiners, practical examiners, and test site coordinators), or with anyone else involved in the NCCCO exam administration process, relating to any NCCCO certification examination or the content therein.

(2)     Plaintiff National Commission for the Certification of Crane Operators, Inc., is awarded statutory damages in the amount of **$975,000** against Defendants Nationwide Equipment Training,

LLC, and Donald Childers, **jointly and severally**.

(3)   Plaintiff National Commission for the Certification of Crane Operators, Inc., is awarded attorneys' fees in the amount of **$53,348.00**, and costs and expenses in the amount of **$2,357.29**, for a total of **$55,705.29**, against Defendants Nationwide Equipment Training, LLC, and Donald Childers, **jointly and severally**.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a final judgment pursuant to Fed. R. Civ. P. 58.  This case is hereby closed.

**DONE** and **ORDERED** this 18th day of October 2022.

                                               s/Terry F. Moorer
                                              TERRY F. MOORER
                                              UNITED STATES DISTRICT JUDGE